# United States District Court
### for
### Northern District of Indiana

## Petition for Warrant for Offender Under Supervision

Name of Offender: Darnell Lashay Jackson                    Case Number: 3:12CR00082-003
230 East Oakside Street
South Bend, Indiana  46614

Name of Sentencing Judicial Officer: <u>The Honorable Robert L. Miller, Jr.</u>
Name of Assigned Magistrate Judge: <u>The Honorable Michael G. Gotsch, Sr.</u>
Date of Original Sentence: <u>February 20, 2013</u>
Original Offense: <u>Felon in Possession of a Firearm [18:922(g)(1)]</u>
Original Sentence: <u>60 Months Bureau of Prisons; 36 Months Supervised Release</u>
Type of Supervision: <u>Supervised Release</u>
Date Supervision Commenced: <u>March 31, 2017</u>

### PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following conditions of supervision as set forth in the Judgment.

**Mandatory Condition:** The defendant shall not commit another federal, state or local crime.

**Violation No. 1:** On or about 4/26/2018, the defendant committed the offense of Delivery of Heroin, as evidenced by the defendant's arrest on 4/26/2018. He is being held pending a probable cause hearing in Brown County, Wisconsin on one count of Delivery of Heroin less than 3 grams, 961.41(1)(d)1, a Class F felony.

**Standard Condition No. 1:** The defendant shall not leave the judicial district without the permission of the Court or probation officer.

**Violation No. 1:** On or about 9/7/2017, 4/5/2018, 4/13/2018, 4/26/2018, the defendant traveled outside the Northern District of Indiana, without permission of the Court or his probation officer as evidenced by unauthorized travel to Wisconsin.

U.S. Probation Officer Recommendation:

    The term of supervision should be revoked.

                      I declare under penalty of perjury that the foregoing is true and correct.

                      Executed on:        April 27, 2018

*[signature: Molly M. Baker]*

                      Molly Baker

THE COURT ORDERS:

☐ No action.

☐ The issuance of a summons.

☐ The issuance of a warrant.

☐ Other.

_____
Signature of Judicial Officer

_____
Date